IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02719-BNB

LIONEL KERSH,

    Plaintiff,

v.

ROBERT SMELER,
DAN PLAGGE,
LT. JARAMILLO, and
LT. GUERRERRO,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 10 2011

GREGORY C. LANGHAM
                CLERK

---

## ORDER OF DISMISSAL

---

Plaintiff, Lionel Kersh, is a prisoner in the custody of the Colorado Department of Corrections who currently is incarcerated at the Crowley County Correctional Facility in Olney Springs, Colorado. He submitted to the Court *pro se* a Prisoner Complaint and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915.

On December 3, 2010, Magistrate Judge Boyd N. Boland granted the § 1915 motion, required Mr. Kersh to pay the full amount of the $350.00 filing fee in installments, and directed him to pay an initial partial filing fee of $7.00 within thirty days or to show cause why he has no assets and no means by which to pay the designated initial partial filing fee. In order to show cause, Mr. Kersh was informed he must file a current copy of his trust fund account statement. The December 3 order warned Mr. Kersh that if he failed by the designated deadline to have the $7.00 initial partial filing fee sent to the clerk of the Court or to show cause why he has no assets and no means

by which to pay the initial partial filing fee, the complaint would be dismissed without further notice. The December 3 order also informed Mr. Kersh that, after payment of the initial partial filing fee, he was required to make monthly payments of twenty percent of the preceding month's income credited to his trust fund account or show cause each month why he had no assets and no means by which to make the monthly payment by filing a current copy of his trust fund account statement.

Mr. Kersh has failed, within the time allowed, to pay the $7.00 initial partial filing fee, to show cause as directed why he is unable to do so, or otherwise to communicate with the Court in any way. Therefore, the complaint and the action will be dismissed. Accordingly, it is

ORDERED that the Prisoner Complaint and the action are dismissed without prejudice for the failure of Plaintiff, Lionel Kersh, within the time allowed, to pay the initial partial filing fee of $7.00 or to show cause as directed why he has no assets and no means by which to pay the designated initial partial filing fee.

DATED at Denver, Colorado, this  10th  day of     January       , 2011.

BY THE COURT:


        s/Lewis T. Babcock
       LEWIS T. BABCOCK
       Senior Judge, United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-02719-BNB

Lionel Kersh
Prisoner No. 143312
Crowley County Corr. Facility
6564 State Hwy. 96
Olney Springs, CO 81062-8700

     I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on January 10, 2011.

GREGORY C. LANGHAM, CLERK

By: _____
          Deputy Clerk